FILED IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2009 JAN -8 AM 8:42

U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: 06-2105

Ricky Earl Stewart
(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Etowah Co. ~~District~~ Detention Center,
All Operating Officers; Chief of Corrections
Scott Hassell, Etowah County Sheriff Todd Entrikin,
Al. Dept. of Corr. Prison Commissioner Richard Allen
(Enter above full name(s) of the defendant(s) in this action)

CV-09-JEO-0036-M

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   No (X)

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): _____N/A_____

Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) __N/A__

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. Place of present confinement __E.C.D.C. GADSDEN, AL.__

A. Is there a prisoner grievance procedure in this institution?
Yes (X)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X)   No ( )

C. If your answer is YES:

1. What steps did you take? __Normal Procedure Steps__

2. What was the result? __Total disregard and No Response__

D. If your answer is NO, explain why not? __N/A__

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) RICKY EARL STEWART

Address E.C.D.C UNIT #6
827 FORREST AVE Gadsden, AL 35901

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant SCOTT HASSELL

is employed as CHIEF OF CORRECTIONS

at ETOWAH COUNTY DETENTION CENTER

C. Additional Defendants ETOWAH COUNTY SHERIFF TODD ENTRIKIN, ALL E.C.D.C OPERATING OFFICERS, AL. DEPT. OF CORR. PRISION COMMISSIONER RICHARD ALLEN

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I HAVE PRESENTLY SERVED 25 MONTHS IN THE E.C.D.C, MY DUE PROCESS RIGHTS RIGHTS HAVE BEEN IGNORRED AND VIOLATED; MY ATTEMPTS BY MY FAMILY AND MYSELF TO SPEAK ABOUT MY CURRENT SITUATION WITH CHIEF HASSELL HAVE BEEN MET WITH

3

CONT.

TOTAL AND COMPLETE RUDENESS AND SARCASISM. CHIEF HASS OVER THE PAST 25 MONTHS CAUSED ME GREAT EMOTIONAL AND MENTAL DISTRESS = FOR HIS NON-COMPLIANCE IN ~~anouring~~ NOT ANSWERING THE MULTITUDE OF GRIEVANCE FORMS I HAVE FILLED OUT THROUGH THE IN PLACE GRIEVANCE PROCEDURES. — SEE ATTACHED SHEET —

## V. RELIEF

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

TO BE COMPENSATED FOR ANY AND ALL DAMAGES TO MY PHYSICAL, MENTAL, AND EMOTIONAL BEING. I WOULD LIKE THE COURT TO RIGHT THESE WRONGS DONE TO ME.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-6-2009

Alan Bret Gibson (witness)
Kerry Wayne Bowen (witness)
Steve L. Chapman (witness)
Robert W. _____ (witness)

Signature(s)

Plaintiff X Ricky Earl Stewart
Co. # 06-2105

4

IV. STATEMENT OF CLAIM CONTINUED;
CHIEF HASSELL, SHERIFF TODD ENTRIKIN, AND PRISON Comm. RICHARD ALLEN'S combined NON-compliance HAVE CAUSED ME GREAT HUMILIATION AS well AS FINANCIAL distress directly RESULTING IN MY EMOTIONAL AND MENTAL STRESS CAUSING ME GREAT PHYSICAL DEPRESSION, declined PHYSICAL HEALTH AND UNHEALTHY COGNITIVE THINKING AND ACTIONS.
  AS WELL AS ALL OF the ABOVE MY LIVING Conditions ARE WELL BELOW ACCEPTABLE STANDARDS. I CURRENTLY LIVE IN A CELL WITH 12 INMATES WITH NO PLUMBING AND WITHOUT ADEQUATE SQUARE FOOTAGE PER INMATE. I CAN FURTHUR CORRESPOND with APPOINTED COUNSEL ON MORE IN depth MATTERS