FILED
2009 Jul-31  PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **RICKY EARL STEWART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:09-cv-00036-JEO** |
| | ) | |
| **ETOWAH COUNTY** | ) | |
| **DETENTION CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is ORDERED, ADJUDGED, and DECREED that the plaintiff's claims are DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), with the EXCEPTION of his Eighth Amendment conditions of confinement claims against Defendants Entrekin and Hassell.

DONE and ORDERED this 31st day of July, 2009.

_____
United States District Judge