# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| RICKY EARL STEWART, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09-cv-00036-KOB |
| ETOWAH COUNTY DETENTION CENTER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 29, 2010, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court EXPRESSLY FINDS that no genuine issues of material fact exist and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 21st day of January 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE